AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2026

SEAN F. McAVOY, CLERK

BRANDON P.,                                           )
*Plaintiff*                                           )
v.                                                    )     Civil Action No.   4:26-CV-5073-TOR
                                                      )
                                                      )

COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Parties' Stipulated Motion for Remand (ECF No. 7) is GRANTED.
This matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative
proceedings.
Judgment enetered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Thomas O. Rice _____

Date:   July 22, 2026 _____                    *CLERK OF COURT*

                                                    s/Sean F. McAvoy _____
                                                    *Signature of Clerk*